UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

PHOENIX TECHNOLOGIES LTD.
                Plaintiff,

CASE NO. C09-02980 JW (PVT)

v.

STIPULATION AND [~~PROPOSED~~]
ORDER SELECTING ADR PROCESS

XTOOL MOBILE SECURITY, INC
                Defendants.

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
- ☐ Non-binding Arbitration (ADR L.R. 4)
- ☐ Early Neutral Evaluation (ENE)  (ADR L.R. 5)
- ☒ Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**
- ☐ Private ADR *(please identify process and provider)* _____

The parties agree to hold the ADR session by:
- ☒ the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*
- ☐ other requested deadline _____

Dated: January 19, 2010

/s/ Karineh Khachatourian
Karineh Khachatourian
Attorney for Plaintiff
PHOENIX TECHNOLOGIES LTD

Dated: January 19, 2010

/s John Burritt McArthur
John Burritt McArthur
Attorney for Defendant
XTOOL MOBILE SECURITY, INC.

American LegalNet, Inc.
www.USCourtForms.com

[~~PROPOSED~~] ORDER

Pursuant to the Stipulation above, the captioned matter is hereby referred to:
- ☐ Non-binding Arbitration
- ☐ Early Neutral Evaluation (ENE)
- ☒ Mediation
- ☐ Private ADR

Deadline for ADR session
- ☒ 90 days from the date of this order.
- ☐ other _____

IT IS SO ORDERED.

Dated: February 22, 2010

_____
THE HONORABLE JAMES WARE
UNITED STATES DISTRICT JUDGE

American LegalNet, Inc.
www.USCourtForms.com

I, Karineh Khachatourian, am the ECF User whose ID and password are being used to file this STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS. In compliance with General Order 45, X.B., I hereby attest that John Burritt McArthur has concurred with this filing.

/s/ Karineh Khachatourian
Karineh Khachatourian
K&L GATES LLP
630 Hansen Way
Palo Alto, California 94304
Telephone (650) 798-6700
Facsimile: (650) 798-6701

Attorneys for Plaintiff
PHOENIX TECHNOLOGIES LTD