1    MINTZ LEVIN COHN FERRIS
     GLOVSKY AND POPEO P.C.
2    5 Palo Alto Square - 6th Floor
     3000 El Camino Real
3    Palo Alto, CA  94306-2155
     Telephone:  (650) 251-7700
4    Facsimile:   (650) 251-7739

5    Attorneys for Plaintiff,
     PHOENIX TECHNOLOGIES LTD.

6                                                                                        4/14/2010

7

8                        UNITED STATES DISTRICT COURT

9                      NORTHERN DISTRICT OF CALIFORNIA

10                              SAN JOSE DIVISION

11   PHOENIX TECHNOLOGIES LTD., a          Case No. C09-02980 JW (PVT)
     Delaware corporation,
12                                          NOTICE OF WITHDRAWAL OF MINTZ
                   Plaintiff,               LEVIN AS COUNSEL FOR PLAINTIFF,
13         vs.                              PHOENIX TECHNOLOGIES LTD.

14   XTOOL MOBILE SECURITY, INC., a
     Nevada corporation.                    Judge:  Honorable James Ware
15
                   Defendant.               Complaint Filed:  July 2, 2009
16                                          Trial Date:        None Set

17

18         Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C. hereby enters this Notice of

19   Withdrawal as Counsel for PHOENIX TECHNOLOGIES LTD., Plaintiff in the above-captioned

20   matter.  Successor counsel for Plaintiff is Karineh Khachatourian of K&L Gates in Palo Alto,

21   California.

22

23   Dated:  March 31, 2010

24                                          By:  /s/ Robert P. Taylor
                                                 Robert P. Taylor
25                                               California Bar No. 46046
                                                 Mintz, Levin, Cohn, Ferris
26                                               Glovsky and Popeo, P.C.
                                                 5 Palo Alto Square, 6th Floor
27                                               Palo Alto, California  94306
                                                 rptaylor@mintz.com
28
     4874934v.1

     NOTICE OF WITHDRAWAL OF MINTZ LEVIN                    Case No. C09-02980 JW (PVT)
     AS COUNSEL FOR PHOENIX TECHNOLOGIES LTD.

IT IS SO ORDERED

*James Ware*

Judge James Ware