JOHN BURRITT MCARTHUR (SBN CA 159793)
Email:  UMACS1@aol.com
LAW OFFICES OF JOHN BURRITT MCARTHUR
Zaentz Media Center
2600 Tenth St., Suite 636
Berkeley, CA 94710
Telephone:  510-845-5605
Facsimile:   510-225-1342

CHRIS REYNOLDS (SBN TX 16801900)*
Email:  creynolds@reynoldsfrizzell.com
JEREMY DOYLE (SBN (TX 24012553)*
Email:  doyle@reynoldsfrizzell.com
REYNOLDS, FRIZZELL, BLACK, DOYLE
ALLEN & OLDHAM LLP
1100 Louisiana, Suite 3500
Houston, TX 77002
Telephone:  713-485-7200
Facsimile:   713-485-7250

* Pro Hac Vice Motions Pending

Attorneys for Defendant/Counter-claimant,
XTOOL MOBILE SECURITY, INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| PHOENIX TECHNOLOGIES LTD., a Delaware corporation,<br><br>    Plaintiff,<br><br>vs.<br><br>XTOOL MOBILE SECURITY, INC., a Nevada corporation.<br><br>    Defendant. | Case No. C09-02980 JW (PVT)<br><br>**ORDER DENYING STIPULATION REQUESTING CHANGE OF HEARING DATE FOR PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AND THE PRELIMINARY PRETRIAL CONFERENCE**<br><br>Judge: Honorable James Ware<br><br>Complaint Filed:  July 2, 2009<br>Trial Date:        None set |

1  Having considered the parties' Stipulation Requesting Change Hearing Date for Plaintiff's
2  for Summary Judgment and the Preliminary Pretrial Conference, the Court is of the opinion that the
3  requested relief should be **DENIED.**
4  IT IS THEREFORE ORDERED that
5  **The Motion for Summary Judgment and Preliminary Pretrial Conference remains as**
6  **calendared for October 4, 2010 at 9:00 AM and 11:00 AM respectively.**

15  Dated:   September 15, 2010

       _____
       THE HONORABLE JAMES WARE
       UNITED STATES DISTRICT COURT JUDGE

- 2 -

Order Granting Stipulation Requesting Change of Hearing Date
Case No. C09-02980 JW (PVT)