KARINEH KHACHATOURIAN (SBN 202634)
Email: karineh.khachatourian@klgates.com
BRYAN J. SINCLAIR (SBN 205885)
Email: bryan.sinclair@klgates.com
MICHAEL R. HAVEN (SBN 208721)
Email: mike.haven@klgates.com
K&L GATES LLP
630 Hansen Way
Palo Alto, CA  94304
Telephone: (650) 798-6700
Facsimile: (650) 798-6701

Attorneys for Plaintiff / Counter-Defendant,
PHOENIX TECHNOLOGIES LTD.

*IT IS SO ORDERED AS MODIFIED*
*Judge James Ware*
4/21/2011

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| PHOENIX TECHNOLOGIES LTD., a Delaware corporation,<br><br>             Plaintiff,<br><br>     vs.<br><br>XTOOL MOBILE SECURITY, INC., a Nevada corporation; Pedro Camargo, an individual, and Victoria Correa, an individual,<br><br>             Defendant.<br><br>AND RELATED COUNTERCLAIMS. | Case No.: 5:09-CV-02980 JW (PSG)<br><br>**STIPULATION AND PROPOSED ORDER TO EXTEND TIME AS MODIFIED BY THE COURT**<br><br><br><br>Complaint Filed:    July 2, 2009 |

Plaintiff and Counter-Defendant Phoenix Technologies Ltd. ("Phoenix"), by and through counsel, and Defendant and Counter-Claimant XTool Mobile Security, Inc. ("XTool"), by and through counsel (collectively the "Parties"), stipulate and agree as follows:

WHEREAS the parties are currently engaged in settlement negotiations in an attempt to resolve this dispute informally;

WHEREAS, the Case Management Conference is currently scheduled to occur on April 25, 2011 at 10:00 a.m.;

1    WHEREAS, XTool's response to Phoenix's First Amended Complaint is due on April 18, 2011;

2    WHEREAS XTool's response to the Court's Notice of Intent to Grant Partial Summary Judgment in favor of Phoenix on XTool's claim for the first earn-out payment in the APA is due on April 29, 2011;

3    WHEREAS the original trial date of April 19, 2011 has been vacated;

4    WHEREAS the individual defendants have not yet been served with Phoenix's First Amended Complaint;

5    WHEREAS the parties believe focusing on settlement negotiations will conserve both party and judicial resources;

6    NOW, THEREFORE, the undersigned parties hereby stipulate and agree, and respectfully request that the Court enter an order extended the above referenced deadlines by two weeks from their current date.

SO STIPULATED.

Dated: April 13, 2011               K&L GATES LLP

                                    By /s/ *Karineh Khachatourian*
                                       Karineh Khachatourian
                                       Attorneys for Plaintiff
                                       PHOENIX TECHNOLOGIES, LTD.

Dated: April 13, 2011               REYNOLDS, FRIZZELL, BLACK, DOYLE,
                                    ALLEN & OLDHAM LLP

                                    By /s/ *Jeremy Doyle*
                                       Jeremy Doyle
                                       Attorneys for Defendant
                                       XTOOL MOBILE SECURITY, INC.

I, Karineh Khachatourian, am the ECF user whose ID and password are being used to file this Stipulation and Proposed Order to Extend Time.  In compliance with General Order 45, X.B., I hereby attest that Jeremy Doyle has concurred with this filing.

## **ORDER**

**IT IS SO ORDERED.**

The Case Management Conference is continued from April 25, 2011 to May 23, 2011 at 10 a.m. On or before May 13, 2011, the parties shall file a Joint Case Management Conference updating the Court on the status of their settlement efforts. If no settlement has been reached, the parties shall provide a good faith proposed schedule as to how this case should proceed.

Dated: April __21__, 2011      By: _____
                                     Honorable James Ware
                                     United States District Chief Judge

PL-51782 v1