IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Phoenix Techs, Ltd., | NO. C 09-02980 JW |
|       Plaintiff,<br>v.<br>Xtool Mobile Security, Inc., et al.,<br>      Defendants. | **ORDER VACATING CASE MANAGEMENT CONFERENCE; SETTING STATUS CONFERENCE RE. SETTLEMENT** |

This case is scheduled for a Case Management Conference on May 23, 2011. On May 12, 2011, the parties timely filed a Joint Statement indicating that the parties had reached settlement and requesting all current deadlines vacated. (See Docket Item No. 251.)

In light of the parties' representation, the Court finds good cause to VACATE the May 23 Conference.[1] The Court sets **July 11, 2011 at 10 a.m.** for a Status Conference re. Settlement. On or before **July 1, 2011**, the parties shall file either a Stipulated Dismissal or a Joint Statement including, *inter alia*, a proposed deadline by which the parties shall reduce their settlement to writing and bring this case to a close.

Dated: May 16, 2011

*James Ware*
JAMES WARE
United States District Chief Judge

---

[1] Further, in light of settlement, the Court terminates all pending pre-trial Motions as moot. (See Docket Item Nos. 173, 174, 175, 178, 181, 184, 223.)

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Jeffrey Michael Ratinoff jeffrey.ratinoff@klgates.com
Jeremy Leon Doyle jdoyle@reynoldsfrizzell.com
John Burritt McArthur umacs1@aol.com
John Christopher Reynolds creynolds@reynoldsfrizzell.com
Karineh Khachatourian karineh.khachatourian@klgates.com
Michael Richard Haven mike.haven@klgates.com
Patrick Shaw Salceda patrick.salceda@klgates.com

Dated:  May 16, 2011                                    **Richard W. Wieking, Clerk**

                                                        **By:     /s/ JW Chambers            **
                                                               **Susan Imbriani**
                                                               **Courtroom Deputy**