*IT IS SO ORDERED*
*James Ware*
*Judge James Ware*

KARINEH KHACHATOURIAN (SBN 202634)
Email: karineh.khachatourian@klgates.com
MICHAEL R. HAVEN (SBN 208721)
Email: michael.haven@klgates.com
K&L GATES LLP
630 Hansen Way
Palo Alto, CA 94304
Telephone: (650) 798-6700
Facsimile: (650) 798-6701

Attorneys for Plaintiff/Counter-Defendant,
PHOENIX TECHNOLOGIES LTD.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| PHOENIX TECHNOLOGIES LTD., a Delaware Corporation,<br><br>　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>XTOOL MOBILE SECURITY, INC., a Nevada Corporation; Pedro Camargo, an individual, and Victoria Correa, an individual,<br><br>　　　　　　　　　Defendants.<br><br>AND RELATED COUNTERCLAIMS | Case No. 5:09-CV-02980 JW (PSG)<br><br>**STIPULATION AND [PROPOSED] ORDER RE: DISMISSAL**<br><br>Judge:　　Honorable James Ware<br>Room:　　5, 17th Floor<br><br>Complaint Filed:　July 2, 2009<br>Trial Date:　　　TBD |

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, the parties hereby stipulate to the dismissal of this action, including all claims and counterclaims, with prejudice in its entirety with each party bearing its own costs and fees.  The Clerk of Court shall terminate all pending motions as withdrawn.

**K&L GATES LLP**

Dated: July 1, 2011

By: /s/ Karineh Khachatourian

Karineh Khachatourian

Attorneys for Phoenix Technologies Ltd.

**REYNOLDS FRIZZELL BLACK DOYLE ALLEN & OLDHAM, LLP**

Dated: July 1, 2011

By: /s/ Jeremy L. Doyle

Jeremy L. Doyle

Attorneys for XTool Mobile Security, Inc.

## ORDER

Upon the parties' stipulation, and good cause appearing therefor,

**IT IS SO ORDERED.**

Dated: July  5 , 2011

By: *James Ware*

Honorable James Ware
United States District Court Judge

1

**Stipulation and [Proposed] Order Re: Dismissal - Case No. 5:09-CV-02980 JW (PSG)**

**SIGNATURE ATTESTATION**

Pursuant to General Order No. 45(X)(B), I hereby attest that I have obtained the concurrence in the filing of this document from all the signatories for whom a signature is indicated by a "conformed" signature (/s/) within this e-filed document and I have on file records to support this concurrence for subsequent production for the court if so ordered or for inspection upon request.

Dated: July 1, 2011                 By:   /s/ Karineh Khachatourian
                                          Karineh Khachatourian
                                          Attorney for Phoenix Technologies Ltd.

PL-54535 v1

2
**Stipulation and [Proposed] Order Re: Dismissal - Case No. 5:09-CV-02980 JW (PSG)**